■ KATHLEEN POOLE, as Adminstratrix of the Estate of DAVID L. POOLE, Deceased, Respondent, v CONSOLIDATED RAIL CORPORATION, Appellant. (Appeal No. 2.) [665 NYS2d 603] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Set Aside Verdict.) Present—Green, J. P., Lawton, Hayes, Wisner and Boehm, JJ.